AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF OHIO

FILED
15 APR 22 PM 4: 14
CLERK US DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  4:15M6127 |
| Michael Glover | ) | |
| | ) | Charging District's Case No.   Cr 15-1288 JH |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS  M.G.
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* District of New Mexico   U.S. Dist Ct,-District of New Mexico .

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 4-22-15

*Defendant's signature*

*Signature of defendant's attorney*

James S. Gentile
*Printed name of defendant's attorney*

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Michael Glover | ) | Case No. 4:15M6127 |
| | ) | |
| | ) | Charging District's |
| Defendant | ) | Case No. Cr 15-1288 JH |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the  U.S. District Court,  District of  New Mexico ,
XXXXXXXXXXXXXXXXXXXXXXXXX XXXXXX The defendant may need an interpreter for this language:
N/A                                                  .

The defendant:  ☐ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  04/22/2015

*Judge's signature*

George J. Limbert, U.S. Magistrate Judge
*Printed name and title*

# U.S. District Court
# Northern District of Ohio (Youngstown)
# CRIMINAL DOCKET FOR CASE #: 4:15-mj-06127-GJL All Defendants

Case title: United States of America v. Glover

Other court case number: Cr 15-1288 JH U.S. District Court - District of New Mexico

Date Filed: 04/22/2015

Date Terminated: 04/22/2015

Assigned to: Magistrate Judge George J. Limbert

### Defendant (1)

**Michael Glover**
*TERMINATED: 04/22/2015*

represented by **James S. Gentile**
42 North Phelps Street
Youngstown, OH 44503
330-746-5000
Fax: 330-743-2536
Email: james_gentile@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18 U.S.C. Sections 2252(a)(2); 2252(b)(1); & 2256 - distribution of visual depictions of minors engaged in sexually explicit conduct | |

## Plaintiff

| | |
|---|---|
| **United States of America** | represented by **Michael A. Sullivan**<br>Office of the U.S. Attorney - Cleveland<br>Northern District of Ohio<br>Ste. 400<br>801 Superior Avenue, W<br>Cleveland, OH 44113<br>216-622-3977<br>Fax: 216-522-2403<br>Email: michael.a.sullivan@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/22/2015 | 1 | Rule 40 Warrant received as to defendant Michael Glover (Attachments: # 1 Indictment)(S,AA) (Entered: 04/22/2015) |
| 04/22/2015 | | Arrest (Rule 40) of defendant Michael Glover on 4/22/15. (S,AA) (Entered: 04/22/2015) |
| 04/22/2015 | | Case unsealed as to defendant Michael Glover (S,AA) (Entered: 04/22/2015) |
| 04/22/2015 | | CJA 20 Appointment of Attorney James S. Gentile for defendant Michael Glover. Approved by Magistrate Judge George J. Limbert on 4/22/15. (S,AA) (Entered: 04/22/2015) |
| 04/22/2015 | | **Minutes of proceedings** [non-document] before Magistrate Judge George J. Limbert; initial appearance in Rule 5(c)(3) proceedings as to defendant Michael Glover held on 4/22/15; Jason M. Katz was present on behalf of Michael A. Sullivan as counsel for plaintiff; James S. Gentile was present and appointed as counsel for defendant for these proceedings; also present was U.S. Pretrial Services Officer Kevin Clements; defendant declared indigent; defendant waived identity hearing; plaintiff's counsel moved for detention of defendant; defendant waived detention hearing in this district; waiver executed; defendant ordered detained and remanded to the custody of the U.S. Marshal, and shall be transported forthwith to the U.S. District Court, District of New Mexico; (Tape #ECRO-L. Salyers); Time: 12 minutes. (S,AA) (Entered: 04/22/2015) |
| 04/22/2015 | 2 | CJA 23 Financial Affidavit by defendant Michael Glover. (S,AA) (Entered: 04/22/2015) |
| 04/22/2015 | 3 | Waiver of Rule 5 and 5.1 Hearings by defendant Michael Glover. (S,AA) (Entered: 04/22/2015) |
| 04/22/2015 | 4 | Warrant of Removal/Commitment to Another District to U.S. District Court - District of New Mexico - Issued as to defendant Michael Glover. Signed by Magistrate Judge George J. Limbert on 4/22/15. Original and 3 certified copies |

| | | |
|---|---|---|
| | | issued to the U.S. Marshal on 4/22/15. (S,AA) (Entered: 04/22/2015) |
| 04/22/2015 | | Notice to U.S. District Court - District of New Mexico of a Rule 5 or Rule 32 Initial Appearance as to defendant Michael Glover. Your case number is: Cr 15-1288 JH. Using your PACER account, you may retrieve the docket sheet and any text-only entry via the case number link. The following document link(s) is also provided: 2 Financial Affidavit - CJA23, CJA 20 - Appointment, Initial Appearance - Rule 5(c)(3), 1 Rule 40 Warrant from Another District, 4 Warrant of Removal Issued, 3 Waiver of Rule 5(c)(3) Hearing, Arrest - Rule 40. If you require certified copies of any documents, please send a request to ohndml_InterDistrictTransfer@ohnd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov. (S,AA) (Entered: 04/22/2015) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/30/2015 13:12:13 | | | |
| **PACER Login:** | ud2243:4290450:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:15-mj-06127-GJL |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |